No. 5878.

PETER MORAN, EXR., vs. WALLACE & CO.

In a suit on a *quantum meruit* for services as salesman, on the basis of the sum con-
tracted for the previous year, where it appeared that the salesman was physically
unable to render the services which he did under the contract, and did not in fact
render such efficient service as then, the sum stipulated in the contract for prior

Levy *vs.* Wallace & Co.

service will not be taken as the guage to measure the value of subsequent service, but he will be awarded only such sum as his services were fairly worth.

APPEAL from the Fourth District Court of New Orleans.    LYNCH, J.

*Gilmore & Sons* for Plaintiff.    *A. & W. Voorhies* for Defendants Appellants.

MANNING, C. J., delivered the opinion reducing the judgment.